**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Anne Marie Murphy (SBN 202540)
*ammurphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Julia Q. Peng (SBN 318396)
*jpeng@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN: 175783)
*fbottini@bottinilaw.com*
Anne B. Beste (SBN 326881)
*abeste@bottinilaw.com*
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*
Yury A. Kolesnikov (SBN 271173)
*ykolesnikov@bottinilaw.com*
Nicholas H. Woltering (SBN 337193)
*nwoltering@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HERESNIAK**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ELON R. MUSK, X HOLDINGS I, INC., X HOLDING II, INC., and TWITTER, INC.**,<br><br>Defendants, | Case No.:  **3:22-CV-03074-CRB**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE AND COORDINATE DISCOVERY**<br><br>Date:        September 16, 2022<br>Time:       10:00 a.m.<br>Crtrm:      6, 17th Floor<br>Judge:      Hon. Charles R. Breyer |

On September 16, 2022, at 10:00 a.m., Plaintiff's Motion to Expedite and Coordinate Discovery ("Motion") came on for hearing. The Court having considered the papers, evidence, and arguments submitted, finds that Plaintiff has demonstrated good cause and grants Plaintiff's Motion.

Accordingly, **IT IS HEREBY ORDERED**:

Defendants shall coordinate the discovery taking place in the related case *Twitter, Inc. v. Musk, et al.*, C.A. No. 2022-0613-KSJM, filed in Delaware Chancery Court ("Delaware Action"). All discovery in the Delaware Action shall promptly be produced to Plaintiff. Plaintiff is also entitled to participate in depositions occurring in the Delaware Action and the parties are ordered to meet and confer on the deposition schedule in that matter.

The parties are further ordered to participate in a Rule 26(f) discovery planning conference on or before August 30, 2022, and submit a Joint Discovery Plan on or before September 2, 2022.

_____
Hon. Charles R. Breyer