**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Mark C. Molumphy (SBN 168009)
*mmolumphy@cpmlegal.com*
Anne Marie Murphy (SBN 202540)
*ammurphy@cpmlegal.com*
Tyson C. Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Julia Q. Peng (SBN 318396)
*jpeng@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN: 175783)
*fbottini@bottinilaw.com*
Anne B. Beste (SBN 326881)
*abeste@bottinilaw.com*
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*
Yury A. Kolesnikov (SBN 271173)
*ykolesnikov@bottinilaw.com*
Nicholas H. Woltering (SBN 337193)
*nwoltering@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:     (858) 914-2001

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HERESNIAK**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ELON R. MUSK, X HOLDINGS I, INC., X HOLDING II, INC., and TWITTER, INC.,**<br><br>Defendants, | Case No.: **3:22-CV-03074-CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

1    WHEREAS, on July 1, 2022, Plaintiff filed his First Amended Complaint asserting

2  claims for aiding and abetting breach of fiduciary duty, declaratory relief, and unjust enrichment

3  arising out of the proposed buyout, contemplated by the April 25, 2022 Merger Agreement, of

4  Defendant Twitter, Inc. ("Twitter") by Defendant Elon Musk.  Dkt. 7.

5    WHEREAS, on August 10, 2022, Plaintiff served Requests for Production of Documents

6  on all Defendants.  Defendants' responses to the Requests for Production of Documents are due

7  on October 10, 2022.

8    WHEREAS, on September 9, 2022, Defendants Elon Musk, X Holdings I, Inc., and X

9  Holdings II, Inc. (the "Musk Defendants") filed Motions to Dismiss the First Amended

10  Complaint and Stay Discovery.  Dkt. 38, 39.  On September 9, 2022, Defendant Twitter Inc.,

11  filed a Motion to Dismiss Under Rules 12(B)(1) and 12(B)(6), or in the alternative, Motion to

12  Dismiss for *Forum Non Conveniens* or Transfer Under 28 U.S.C. § 1404(A).  Dkt. 41.  Plaintiff's

13  oppositions to the three motions to dismiss are due on October 11, 2022.  Dkt. 20.  Defendants'

14  replies in support of the Motions to Dismiss are due on November 10, 2022.  Dkt. 20.  The

15  hearing on the Motions to Dismiss is scheduled for December 2, 2022.  Dkt. 38, 39, 41.

16    WHEREAS, on September 16, 2022, Twitter filed a Joinder in the Musk Defendants'

17  Motions to Stay Discovery with respect to the request that the Court stay discovery pending the

18  final resolution of *Twitter, Inc. v. Elon R. Musk et al.*, C.A. No. 2022-0613 (Del. Ch.) (the

19  "Twitter Delaware Action") and *Luigi Crispo v. Elon R. Musk et al.*, C.A. No. 2022-0666 (Del.

20  Ch.) (the "Stockholder Delaware Action), or alternatively, pending a decision on Defendants'

21  motions to dismiss.  Dkt. 46.

22    WHEREAS, on September 20, 2022, the Court adopted the Joint Case Management

23  Statement, setting certain deadlines and scheduling a Case Management Conference for February

24  3, 2023, at 8:30 a.m.  Dkt. 48.

25    WHEREAS, on September 26, 2022, Defendants Elon Musk, X Holdings I, Inc., and X

26  Holdings II, Inc. filed a Notice of Pendency of Other Actions.  Dkt. 49.  Responses, if any, are

27  due by October 10, 2022.  *See* Civil L.R. 3-13.

28

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
CASE NO. 3:22-CV-03074-CRB

1    WHEREAS, on September 29, 2022, Plaintiff served Plaintiff's First Set of Special

2  Interrogatories to Twitter;

3    WHEREAS, on October 6, 2022, the Musk Defendants filed a motion to stay the Twitter

4  Delaware Action and Chancellor McCormick of the Delaware Court of Chancery stayed the

5  Twitter Delaware Action until October 28, 2022, to permit the parties to close on the transaction

6  contemplated by the April 25, 2022 Merger Agreement;

7    WHEREAS, given the potential impact of these events on this litigation, the parties have

8  agreed to temporarily stay this case and certain deadlines as set forth below.

9    NOW, THEREFORE, it is hereby stipulated by and between the undersigned that:

10    1.    The case shall be stayed until November 4, 2022.

11    2.    All deadlines relating to discovery, including Plaintiff's Requests for Production

12  of Documents to Defendants and Plaintiff's First Set of Special Interrogatories to Twitter; the

13  briefing schedule and hearing date on the Motions to Dismiss (Dkt. 38, 39, 41), and any response

14  to the Notice of Pendency of Other Actions (Dkt. 49), are stayed.

15    3.    On or before November 4, 2022, the parties will meet and confer and notify the

16  Court of whether and how the parties intend to proceed with this action in light of the status and

17  disposition of the Twitter Delaware Action.

18    4.    If the parties are unable to agree on whether and how to proceed with this action

19  in light of the status and disposition of the Twitter Delaware Action, the parties shall submit

20  competing proposals for the Court to consider, on or before November 4, 2022.

21    5.    The Case Management Conference on February 3, 2023 (Dkt. 48) remains

22  unchanged.

23

24

25

26

27

28

1    Dated: October 10, 2022            **COTCHETT PITRE McCARTHY LLP**

2

3
*/s/ Tyson Redenbarger*
Mark C. Molumphy
*mmolumphy@cpmlegal.com*

4
Tyson Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*

5
Julia Peng (SBN 318396)
*jpeng@cpmlegal.com*

6
San Francisco Airport Office Center
840 Malcolm Road, Suite 200

7
Burlingame, California 94010
Telephone: (650) 697-6000

8
Facsimile: (650) 697-0577

9

10
**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN: 175783)
*fbottini@bottinilaw.com*

11
Anne B. Beste (SBN 326881)
*abeste@bottinilaw.com*

12
Albert Y. Chang (SBN 296065)
*achang@bottinilaw.com*

13
Yury A. Kolesnikov (SBN 271173)
*ykolesnikov@bottinilaw.com*

14
Nicholas H. Woltering (SBN 337193)
*nwoltering@bottinilaw.com*

15

16
*Attorneys for Plaintiff*

17
Dated: October 10, 2022           **QUINN EMANUEL URQUHART &**

18
**SULLIVAN, LLP**

19
*/s/ Joseph C. Sarles*

20
Alex Spiro (pro hac vice forthcoming)
*alexspiro@quinnemanuel.com*

21
51 Madison Ave 22nd floor
New York, NY 10010

22
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

23

24
Michael T. Lifrak (Bar No. 210846)
*michaellifrak@quinnemanuel.com*

25
Joseph C. Sarles (Bar No. 254750)
*josephsarles@quinnemanuel.com*

26
Alex Bergjans (Bar No. 302830)
*alexbergjans@quinnemanuel.com*

27
Aubrey L. Jones (Bar No. 326793)
*aubreyjones@quinnemanuel.com*

28

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
CASE NO. 3:22-CV-03074-CRB

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Elon Musk, X
Holdings I, Inc., and X Holdings II, Inc.*

Dated: October 10, 2022            **SHEARMAN & STERLING LLP**

                                   */s/ Adam S. Hakki*
                                   Daniel H.R. Laguardia (SBN 314654)
                                   *Daniel.Laguardia@shearman.com*
                                   535 Mission Street, 25th Floor
                                   San Francisco, CA 94105
                                   Telephone: (415) 616-1100
                                   Fax: (415) 616-1199

                                   Adam S. Hakki (admitted pro hac vice)
                                   *Adam.Hakki@shearman.com*
                                   Paula H. Anderson (admitted pro hac vice)
                                   *Paula.Anderson@shearman.com*
                                   599 Lexington Avenue
                                   New York, New York 10022
                                   Telephone: (212) 848-4000
                                   Fax: (212) 848-7179

                                   *Attorneys for Defendant Twitter, Inc.*

### SIGNATURE ATTESTATION

I, Tyson Redenbarger, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Stay Action.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: October 10, 2022            By: */s/ Tyson Redenbarger*
                                       Tyson Redenbarger

* * *

**<u>ORDER</u>**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  October 11, 2022          By:  _____

                                   Hon. Charles R. Breyer
                                   United State District Judge