COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Anne Marie Murphy (SBN 202540)
ammurphy@cpmlegal.com
Tyson C. Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN: 175783)
fbottini@bottinilaw.com
Anne B. Beste (SBN 326881)
abeste@bottinilaw.com
Albert Y. Chang (SBN 296065)
achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
ykolesnikov@bottinilaw.com
Nicholas H. Woltering (SBN 337193)
nwoltering@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:     (858) 914-2001

*Co-Counsel for Plaintiff*

*Counsel for defendants continued on the following page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HERESNIAK**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ELON R. MUSK, X HOLDINGS I, INC., X HOLDING II, INC., and TWITTER, INC.,**<br><br>Defendants, | Case No.: 3:22-CV-03074-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Hon. Charles R. Breyer |

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd floor
New York, New York 10010
Telephone:	(212) 849-7000
Facsimile:	(212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
Aubrey L. Jones (Bar No. 326793)
aubreyjones@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:	(213) 443-3000
Facsimile:	(213) 443-3100

*Attorneys for Defendants Elon Musk, X Holdings I, Inc., and X Holdings II, Inc*

SHEARMAN & STERLING LLP
Daniel H.R. Laguardia (SBN 314654)
535 Mission Street, 25th Floor
San Francisco, California  94105
Telephone:	(415) 616-1100
Fax:	(415) 616-1199
Email: Daniel.Laguardia@shearman.com

Adam S. Hakki (admitted *pro hac vice*)
Paula H. Anderson (admitted *pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Telephone:	(212) 848-4000
Fax:	(212) 848-7179
Email: Adam.Hakki@shearman.com
	Paula.Anderson@shearman.com

*Counsel for Defendant Twitter, Inc.*

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff William Heresniak ("Plaintiff"); Defendant Twitter, Inc. ("Twitter"); and Defendants Elon R. Musk, X Holdings I, Inc., and X Holdings II, Inc. (collectively, the "Musk Defendants" and with Twitter, the "Defendants"); and by and through their respective counsel of record, pursuant to the October 11, 2022, Stipulation and Order to Stay Case (Dkt. 52), hereby submit the following Stipulation and Proposed Order.

WHEREAS, on October 11, 2022, the Court granted the parties' stipulation to stay this action to November 4, 2022, pending the resolution of *Twitter, Inc. v. Elon R. Musk et al.*, C.A. No. 2022-0613 (Del. Ch.) (the "Twitter Delaware Action") and the close of the Musk Defendants' acquisition of Twitter;

WHEREAS, on October 27, 2022, the merger between Twitter Inc. and the Musk Defendants became effective. As a result, certain relief sought by Plaintiff is now moot;

WHEREAS, given this change in circumstances, Plaintiff intends to seek leave to amend his complaint by, among other things, updating certain relevant facts and revising the relief sought;

WHEREAS, because Plaintiff has previously amended his Complaint (Dkt. 7), under Rule 15 of the Federal Rules of Civil Procedure he must obtain Defendants' written consent or the Court's leave to file a Second Amended Complaint;

WHEREAS, Plaintiff has not yet provided his proposed Second Amended Complaint to the Defendants and the Defendants cannot determine whether to oppose or consent to any amendment of the current operative Complaint without first reviewing it;

WHEREAS, any discovery would be premature while the pleadings remain uncertain;

NOW, THEREFORE, it is hereby stipulated by and between the undersigned that Plaintiff and the Defendants shall agree to the following case management deadlines:

1. Plaintiff shall serve a copy of his proposed Second Amended Complaint to Defendants by November 28, 2022.
2. Defendants shall inform Plaintiff in writing whether they will stipulate to the filing of the Second Amended Complaint by December 2, 2022.

3. In the event that one or more Defendants do not stipulate to the filing of the Second Amended Complaint, the briefing schedule for any Motion for Leave to Amend the First Amended Complaint shall be as follows:

   a. Plaintiff shall file any Motion for Leave to Amend the First Amended Complaint by December 9, 2022.
   b. Defendants shall file any opposition by January 6, 2023.
   c. Plaintiff shall file any reply by January 20, 2023.
   d. Subject to the Court's availability, the parties request that the Motion for Leave to Amend the First Amended Complaint be heard on February 3, 2023 at the previously scheduled Case Management Conference.

4. Should the Court grant Plaintiff leave to file a Second Amended Complaint, any motion to dismiss or other responsive pleading shall be due 30 days after the filing of the Second Amended Complaint, any opposition shall be due 30 days after the filing of any motion, and any reply shall be due 15 days after the filing of any opposition.

5. In the event that Defendants do stipulate to the filing of the Second Amended Complaint, the briefing schedule for any Motion to Dismiss or other responsive pleading shall be as follows:

   a. Defendants shall file any motion to dismiss or other responsive pleading by January 13, 2023.
   b. Plaintiff shall file any opposition by February 14, 2023.
   c. Defendants shall file any reply by March 1, 2023.
   d. Subject to the Court's availability, the parties request that any pleading motion be heard on March 17, 2023 or the earliest available hearing date thereafter.

6. Discovery shall be stayed until after the resolution of any motion to dismiss the Second Amended Complaint.

Dated: November 4, 2022

| | |
|---|---|
| **COTCHETT, PITRE & MCCARTHY, LLP** | **BOTTINI & BOTTINI, INC.** |
| /s/ Tyson C. Redenbarger | /s/ Francis A. Bottini, Jr. |
| Joseph W. Cotchett (SBN 36324) | Francis A. Bottini, Jr. (SBN: 175783) |
| jcotchett@cpmlegal.com | fbottini@bottinilaw.com |
| Mark C. Molumphy (SBN 168009) | Anne B. Beste (SBN 326881) |
| mmolumphy@cpmlegal.com | abeste@bottinilaw.com |
| Anne Marie Murphy (SBN 202540) | Albert Y. Chang (SBN 296065) |
| ammurphy@cpmlegal.com | achang@bottinilaw.com |
| Tyson C. Redenbarger (SBN 294424) | Yury A. Kolesnikov (SBN 271173) |
| tredenbarger@cpmlegal.com | ykolesnikov@bottinilaw.com |
| Julia Q. Peng (SBN 318396) | Nicholas H. Woltering (SBN 337193) |
| jpeng@cpmlegal.com | nwoltering@bottinilaw.com |

*Counsel for Plaintiff William Heresniak*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ Joseph C. Sarles

Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
Aubrey L. Jones (Bar No. 326793)
aubreyjones@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Elon Musk, X Holdings I, Inc., and X Holdings II, Inc.*

**SHEARMAN & STERLING LLP**

*/s/ Adam S. Hakki*
Daniel H.R. Laguardia (SBN 314654)
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1100
Fax:  (415) 616-1199

Adam S. Hakki (admitted pro hac vice)
Paula H. Anderson (admitted pro hac vice)
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Fax:  (212) 848-7179
Counsel for Defendant Twitter, Inc.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Joseph C. Sarles, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November 2022, at Los Angeles, California.

 */s/ Joseph C. Sarles*
Joseph C. Sarles

\* \* \*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____      By: _____

Hon. Charles R. Breyer<br>United State District Judge