QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
Aubrey L. Jones (Bar No. 326793)
aubreyjones@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendants Elon Musk, X Holdings I, Inc., X Holdings II, Inc, and Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HERESNIAK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK, X HOLDINGS I, INC., X HOLDINGS II, INC., and TWITTER, INC.,<br><br>Defendant. | CASE NO. 3:22-CV-03074-CRB-SK<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TWITTER, INC; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant Twitter. Inc. ("Twitter") has retained Quinn Emanuel Urquhart & Sullivan, LLP, which is already counsel to the other defendants in this action, to substitute as counsel for Twitter in the above-captioned matter.

Withdrawing counsel for Twitter are:

Daniel H.R. Laguardia (SBN 314654)
*Daniel.Laguardia@shearman.com*
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Fax: (415) 616-1199

Adam S. Hakki (admitted pro hac vice)
*Adam.Hakki@shearman.com*
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179

Paula H. Anderson (admitted pro hac vice)
*Paula.Anderson@shearman.com*
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Twitter:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100
Joseph C. Sarles (Bar No. 254750)

1   Joseph C. Sarles (Bar No. 254750)
    josephsarles@quinnemanuel.com
2   865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
3   Telephone:    (213) 443-3000
4   Facsimile:    (213) 443-3100

5   Alex Bergjans (Bar No. 302830)
    alexbergjans@quinnemanuel.com
6   865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
7   Telephone:    (213) 443-3000
8   Facsimile:    (213) 443-3100

9   Aubrey L. Jones (Bar No. 326793)
    aubreyjones@quinnemanuel.com
10  865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
11  Telephone:    (213) 443-3000
12  Facsimile:    (213) 443-3100

13  The undersigned parties consent to the above withdrawal and substitution of counsel.

14

15  Dated: January 4, 2023                TWITTER, INC..

16
                                          By:/s/ *Katherine Martin*
17                                             KATHERINE MARTIN

18  Dated: January 4, 2023
                                          SHEARMAN & STERLING LLP
19

20
                                          By: */S/ Adam S. Hakki*
21                                             ADAM S. HAKKI

22

23  Dated: January 4, 2023                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
24

25
                                          By: */S/ Joseph C. Sarles*
26                                             JOSEPH C. SARLES

27

28

                                          2                   Case No. 3:22-CV-03074-CRB-SK
         NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TWITTER, INC;

\* \* \* \* \*

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: January 4, 2023                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                          By: /S/ Joseph C. Sarles
                                                JOSEPH C. SARLES

\* \* \* \* \*

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: January ___, 2023

                                          _____
                                          JUDGE CHARLES R. BREYER

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 4th day of January, 2023.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Joseph C. Sarles
Alex Spiro
Michael T. Lifrak
Joseph C. Sarles
Alex Bergjans
Aubrey L. Jones

*Attorneys for Elon Musk, X Holdings I, Inc, X Holdings II, Inc., and Twitter, Inc.*