QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* forthcoming)
alexspiro@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
Aubrey L. Jones (Bar No. 326793)
aubreyjones@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendants*

LIST OF COUNSEL CONTINUED ON SECOND PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HERESNIAK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON R. MUSK, X HOLDINGS I, INC., X HOLDINGS II, INC., and TWITTER, INC.,<br><br>Defendants. | CASE NO. 3:22-CV-03074-CRB-SK<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING JOINT CASE MANAGEMENT STATEMENT DEADLINE**<br><br>Judge: Hon. Charles R. Breyer |

1  COTCHETT, PITRE & MCCARTHY, LLP
   Joseph W. Cotchett (SBN 36324)
2  jcotchett@cpmlegal.com
   Mark C. Molumphy (SBN 168009)
3  mmolumphy@cpmlegal.com
   Anne Marie Murphy (SBN 202540)
4  ammurphy@cpmlegal.com
   Tyson C. Redenbarger (SBN 294424)
5  tredenbarger@cpmlegal.com
   San Francisco Airport Office Center
6  840 Malcolm Road, Suite 200
7  Burlingame, California 94010
   Telephone: (650) 697-6000
8

9  BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (SBN: 175783)
10 fbottini@bottinilaw.com
   Anne B. Beste (SBN 326881)
11 abeste@bottinilaw.com
   Albert Y. Chang (SBN 296065)
12 achang@bottinilaw.com
   Yury A. Kolesnikov (SBN 271173)
13 ykolesnikov@bottinilaw.com
14 7817 Ivanhoe Avenue, Suite 102
   La Jolla, California 92037
15 Telephone: (858) 914-2001

16 *Attorneys for Plaintiff*

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-2, the Parties jointly request an order continuing the Court's Joint Case Management Statement deadline. The purpose and intended effect of this stipulation is to sequence the Joint Case Management Statement date *after* the Court adjudicates any motion to dismiss Plaintiff's operative second amended complaint. The Parties thus stipulate as follows:

WHEREAS, on May 25, 2022, Plaintiff William Heresniak filed the Class Action Complaint in this matter (Dkt. 1) and on February 1, 2023 filed his Second Amended Complaint (Dkt. 66);

WHEREAS, as previously stipulated and ordered, Defendants have until March 3, 2023 to respond to the Second Amended Complaint, Plaintiff has until April 3, 2023 to oppose any such motion and Defendants have until April 18, 2023 to reply in support (Dkt. 54);

WHEREAS, Defendants filed motions to dismiss the Second Amended Complaint on March 3, 2023 and have noticed the Motions for hearing on May 12, 2023;

WHEREAS, on November 7, 2022, a Case Management Conference set for February 3, 2023 was vacated and the Parties were ordered to file a Joint Case Management Statement by May 12, 2023 (Dkt. 55);

WHEREAS, given the hearing date on the Motions, it is unlikely that Court will rule on the Motions by the Joint Case Management Statement deadline of May 12, 2023.

NOW, THEREFORE, for the purposes of efficiency and judicial economy it is hereby stipulated by and between the Parties:

1. The current Joint Case Management Statement deadline (Dkt. 55) shall be vacated and the Parties shall file a Joint Case Management Statement 14 days after the Court rules on both Defendants' Motions to Dismiss the Second Amended Complaint.

1  DATED: March 6, 2023

| /s/ Joseph C. Sarles | /s/ Mark C. Molumphy |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COTCHETT, PITRE & MCCARTHY, LLP |
| Alex Spiro (pro hac vice forthcoming) | Joseph W. Cotchett (SBN 36324) |
| alexspiro@quinnemanuel.com | jcotchett@cpmlegal.com |
| 51 Madison Ave 22nd floor | Mark C. Molumphy (SBN 168009) |
| New York, NY 10010 | mmolumphy@cpmlegal.com |
| Telephone: (212) 849-7000 | Anne Marie Murphy (SBN 202540) |
| Facsimile: (212) 849-7100 | ammurphy@cpmlegal.com |
|  | Tyson C. Redenbarger (SBN 294424) |
| Michael T. Lifrak (Bar No. 210846) | tredenbarger@cpmlegal.com |
| michaellifrak@quinnemanuel.com | San Francisco Airport Office Center |
| Joseph C. Sarles (Bar No. 254750) | 840 Malcolm Road, Suite 200 |
| josephsarles@quinnemanuel.com | Burlingame, California 94010 |
| Alex Bergjans (Bar No. 302830) | Telephone: (650) 697-6000 |
| alexbergjans@quinnemanuel.com |  |
| Aubrey L. Jones (Bar No. 326793) | /s/ Francis A. Bottini |
| aubreyjones@quinnemanuel.com | BOTTINI & BOTTINI, INC. |
| 865 S. Figueroa Street, 10th Floor | Francis A. Bottini, Jr. (SBN: 175783) |
| Los Angeles, California 90017 | fbottini@bottinilaw.com |
| Telephone: (213) 443-3000 | Anne B. Beste (SBN 326881) |
| Facsimile: (213) 443-3100 | abeste@bottinilaw.com |
|  | Albert Y. Chang (SBN 296065) |
| *Attorneys for Defendants* | achang@bottinilaw.com |
|  | Yury A. Kolesnikov (SBN 271173) |
|  | ykolesnikov@bottinilaw.com |
|  | 7817 Ivanhoe Avenue, Suite 102 |
|  | La Jolla, California 92037 |
|  | Telephone: (858) 914-2001 |
|  |  |
|  | *Attorneys for Plaintiff* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joseph C. Sarles, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2023, at Los Angeles, California.

By  */s/ Joseph C. Sarles*
Joseph C. Sarles

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 7, 2023         By: _____
                                  Hon. Charles R. Breyer
                                  United States District Judge