IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HERESNIAK,<br><br>   Plaintiff,<br><br>   v.<br><br>ELON R. MUSK, et al.,<br><br>   Defendants. | Case No. 22-cv-03074-CRB<br><br>**JUDGMENT** |

For the reasons explained in the Court's order dismissing this case, <u>see</u> dkt. 82, judgment is hereby entered in favor of Defendants Elon R. Musk, Twitter, Inc., X Holdings I, Inc., and X Holdings II, Inc., and against Plaintiff William Heresniak.

**IT IS SO ORDERED.**

Dated: May 22, 2023



CHARLES R. BREYER
United States District Judge